IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CHRISTIAN GEORGE
DINKINS,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-121

_____/

Opinion filed October 19, 2016.

An appeal from the Circuit Court for Nassau County.
Robert M. Foster, Judge.

Nancy A. Daniels, Public Defender and Joel Arnold, Assistant Public Defender, for
Appellant.

Pamela Jo Bondi, Attorney General and David Llanes, Assistant Attorney General,
for Appellee.

PER CURIAM.

     Mr. Dinkins appeals the trial court's partial denial of his 3.800(b)(2) motion

to correct a sentencing error involving thirty days of jail credit from December 22,

2014, to January 20, 2015. <u>See</u> § 921.161, Fla. Stat. Because the state concedes an error on this issue, we reverse and remand for the trial court's further consideration.

REVERSED AND REMANDED.

WOLF, LEWIS, and OSTERHAUS, JJ., CONCUR.